UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.W. by VIRGINIA PAYNE,

       Plaintiff,                  Case no. 09-13258
                                            Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), having reviewed Magistrate Judge Virginia M. Morgan's July 23, 2010 Report and Recommendation, Plaintiff's July 27, 2010 Objections, and the complete record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED, and the decision denying benefits is AFFIRMED.


                                                  s/John Corbett O'Meara
                                                  United States District Judge


Date: August 25, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 25, 2010, using the ECF system and/or ordinary mail.

>s/William Barkholz
>Case Manager